AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

**ORIGINAL**

United States of America
v.

RYAN BRUCE GAITHER JR.,

)
)
)
)
)
)

Case No.   6:26-cr- OO1O9-MTK

FILED 06 MAY '26 1251 USDC-ORE

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*    Ryan Bruce Gaither Jr.,                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
Assault on Federal Employee, in violation of 18 U.S.C. § 111(a) and 111 (b)

Date: April 16, 2026

City and state:    Eugene, Oregon

_____
*Issuing officer's signature*

Hon. Amy E. Potter, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  4/16/2026  , and the person was arrested on *(date)*  5/05/2026  at *(city and state)*  Eugene, Oregon  . |

Date:  5/05/2026

_____
*Arresting officer's signature*

Gabriel Taylor   Inspector
*Printed name and title*